;'/d

CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Colton Joaquin**<br>DOB: 2005; United States Citizen<br><br>**Clint Joaquin**<br>DOB: 2001; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-3062MJ |
| Complaint for a violation of Title 18, United States Code, §§ 113(a)(3), 2 and 1153 ||

On or about August 13, 2025, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, **Colton Joaquin** and **Clint Joaquin**, both Indians, did intentionally and knowingly assault M.V. and T.L., with dangerous weapons, to wit: a wooden post and a rock, with intent to do bodily harm; in violation of Title 18, United States Code, Sections 113(a)(3), 2 and 1153.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On August 13, 2025, Tohono O'odham Police Department (TOPD) was notified of a hit and run in which two females were struck in the Village of Cockleburr within the confines of the Tohono O'odham Nation Indian reservation (TONIR). Upon arrival by TOPD patrol officers, two males were observed lying in the desert area. These two males appeared to have serious physical injuries which were visible to the patrol officers. TOPD Sergeant Todd Scout informed Federal Bureau of Investigation (FBI) Special Agent Jaxson Wall (SA Wall) of the incident, upon which FBI agents responded to the scene and processed it. Before the scene was processed, the two injured males and one of the injured females were transported to hospitals via Life Flight. The injured males were later identified as M.V. and T.L..

Processing of the scene led to the discovery of two potential weapons located near where the bodies of the males were reported to be lying. The weapons included a rock which had a reddish brownish substance on it that was suspected to be blood, and a large wooden post. Follow-up witness, victim, and suspect interviews revealed that two separate groups of individuals were involved in an altercation.

The first group included the following individuals: **Colton Joaquin** and his cousin **Clint Joaquin**, A.B. and A.T. and others.

The second group included the following three individuals: T.L, M.V., and an unknown male.

Per statements made by witnesses, a victim, and **Colton JOAQUIN**, during the afternoon time of Wednesday, August 13, 2025, the first group of people were gathered around the back of their residence when the second group of people began to approach them. The second group approached from the street across from the residence.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>JAXSON WALL  Digitally signed by JAXSON WALL<br>Date: 2025.08.15 10:43:19 -07'00' |
|---|---|
| AUTHORIZED BY AUSA *Raquel Arellano*  *Raquel Arellano* Digitally signed by RAQUEL ARELLANO Date: 2025.08.15 10:39:08 -07'00' | OFFICIAL TITLE<br>FBI SA Jaxson Wall |
| Sworn by telephone   x<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 15, 2025 |

1)   See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 2

Of the three individuals in the second group, the unknown male was driving a vehicle, while the other two males, M.V. and T.L., were on foot. The first group of people then began to approach the second group of males, where shortly after a physical altercation started. The unknown male began to drive the vehicle in the direction of female A.V. and struck her thereby injuring her. The driver/unknown male then drove away but soon after began to drive towards female A.T, striking her as well. The unknown male then drove away and did not return. Both female victims were able to get to a relative's residence nearby for help.

**Colton JOAQUIN** then began to fight M.V., while **Clint JOAQUIN** began to fight T.L.. **Clint JOAQUIN** injured T.L. to the point where T.L. was left unresponsive and lying on the ground. The other victim, M.V., was able to get away. The **JOAQUIN** cousins went looking for M.V. while **Colton JOAQUIN** was holding a large wooden rod. Both **JOAQUINs** went to M.V.'s residence and broke the windows on a car outside as well as windows of the residence. A male in the residence told the **JOAQUINs** that M.V. was not at the residence.

**Colton JOAQUIN** was later located and provided a post-*Miranda* statement to law enforcement which corroborated much of the above-mentioned statements provided by witnesses at the scene. He initially stated that he and **Clint JOAQUIN** did not locate M.V. after visiting his residence but later admitted hitting M.V. with the wooden post across M.V.'s stomach.

Law enforcement officers later found M.V. laying in the desert with a wooden post right next to him. Victim T.L. was also found lying in the desert unresponsive with a large bloody rock next to him.

FBI SA Wall later visited M.V. at the hospital and noticed bruising across M.V.'s stomach which is consistent with being hit by a wooden post the size of the one which was found next to him at the scene. While SA Wall was at the hospital with M.V., the agent observed that M.V. was intubated and unresponsive with a machine being used to help him breathe. His face was swollen and covered with bruises. SA Wall also visited T.L. at the hospital whose face was extremely swollen and covered with bruises. T.L. was intubated and unresponsive and unable to speak.